**ORIGINAL**

HOLLY S. HANOVER, Esq.
California State Bar Number 177303
3132 Third Ave. #101
San Diego, CA 92103
Telephone: (619) 295-1264
Attorney for Mr. Olguin Martinez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. 06cr1118-LAB |
| Plaintiff,                                        ) | Date: September 18, 2006 |
| )  | Time: 9:30 A.M. |
| v.                                                  ) | |
| )  | MOTION TO SHORTEN TIME |
| ELVIO MIGUEL OLGUIN MARTINEZ, ) | |
| Defendant.                                   ) | |

The defendant, Elvio Miguel Olguin Martinez, by and through his attorney Holly S. Hanover, requests this Court to shorten time for the filing of downward departure requests to eleven (11) days, as the counsel was out of the district the week prior to September 5, 2006.

Respectfully submitted,

Dated: September 7, 2006

HOLLY S. HANOVER
Attorney for Defendant Olguin Martinez

C:\Documents and Settings\All Users\Documents\Hollydocs\Business\Criminal Cases\Sentencing\Olguin-Martinez.mot-time.wpd

1

06cr1118

1 **Good Cause Shown, it is hereby ordered** that defense counsel's
2 motion to shorten time for the filing of downward departure requests to
3 eleven (11) days be granted.

4 Date: _9-7-06_   _/s/ Larry A. Burns_
5 　　　　　　　　　　　　　　The Honorable Larry A. Burns
　　　　　　　　　　　　　　District Court Judge